**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Trustee-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (LGB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Trustee,<br><br>v.<br><br>BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST CAYMAN LIMITED, and BNP PARIBAS S.A.,<br><br>Defendants. | Adv. Pro. No. 12-01576 (LGB) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, Adam S. Hakki, of the law firm of Allen Overy Shearman Sterling US LLP, hereby enters an appearance as counsel on behalf of BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, and BNP Paribas S.A. (together, "Defendants") in the above-referenced adversary proceeding.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance shall not be deemed to be a waiver of any rights of Defendants, including without limitation, any rights (a) to have final orders in noncore matters entered only after de novo review by a district court judge, (b) to trial by jury in any proceeding so triable in the Adversary Proceeding or any case, controversy, or proceeding related to the Adversary Proceeding, (c) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to any other rights, claims, actions, setoffs or recoupments, under law or in equity, of Defendants, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved, or (e) to any and all defenses or objections Defendants may have to the claims asserted against them in this action including, without limitation, any defense based on jurisdiction (including personal jurisdiction) or capacity to be sued.

Dated: July 28, 2026
New York, New York

ALLEN OVERY SHEARMAN STERLING US LLP

By: */s/ Adam S. Hakki*
Adam S. Hakki

599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179
adam.hakki@aoshearman.com

*Attorney for Defendants BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, and BNP Paribas S.A.*